IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
5:12-MJ-1304-DAN-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| QUENTIN EARL BATTLE, | ) | |
| | ) | |
| Defendant. | ) | |

This case comes before the court on motion (D.E. 18) by defendant for a custodial furlough that would allow him to view the body of his recently deceased father. Defendant also requests that the court direct the United States Marshals Service to transport him to and from the funeral home for the viewing. (Mot. 2). The court finds that the furlough sought by defendant is not supportable under the circumstances.

As an initial matter, for both staffing and security reasons, the United States Marshals Service is not able to provide the transportation defendant requests. In addition, upon review of the record in this case, including the pretrial services report (D.E. 8), the court concludes that defendant presents a risk of both danger and flight that makes a custodial furlough unfeasible.

For the foregoing reasons, defendant's motion (D.E. 18) is DENIED.

SO ORDERED, this the 11th day of May 2012.

James E. Gates
United States Magistrate Judge